Leona DENNIS, Appellant,

v.

CITY OF CHICKASHA, Appellee,

Sedgwick James of Oklahoma, Inc., Defendant.

No. 84681.

Supreme Court of Oklahoma.

June 20, 1995.

*ORDER*

Prior report: Okl.App., 898 P.2d 744.

Certiorari is granted for the limited purpose of overruling the Court of Appeals' decisions in *Hart v. Board of County Commissioners,* 842 P.2d 777 (Okla.Ct.App.1992) and *Patterson v. Town of Muldrow,* 865 P.2d 1269 (Okla.App.1993) insofar as these decisions are inconsistent with the Court of Appeals' decision in this matter.

The opinion of the Court of Appeals in this matter is released for publication by order of this Court and is given precedential value.

/s/ Alma Wilson
CHIEF JUSTICE

WILSON, C.J., KAUGER, V.C.J., and HODGES, SIMMS, OPALA, SUMMERS and WATT, JJ., concur.

HARGRAVE, J., dissents.